UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

OFFICER NEILSON; SERGEANT RIGGINS;
OFFICER BANKS; OFFICER GREEN;
OFFICER KESLER; SERGEANT BORK;
SERGEANT COMPATHE; OSI TONEY; OSI
BRITNEY,

Defendants.

23-CV-0714 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 9, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2023
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge